NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Patrick Halpin
2030 Arriba Way
Santa Maria, CA 93458
805-310-4161
phalpin@outlook.com



ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Patrick Halpin | CASE NUMBER: |
| --- | --- |
| Plaintiff(s), v. | CV14-4357 VBK |
| The Schreiber Law Firm, PLLC; and DOES 1 to 10. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for _Patrick Halpin_
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**    **CONNECTION**    **BY FAX**
(List the names of all such parties and identify their connection and interest.)

| Patrick Halpin | Party |
| The Schreiber Law Firm, PLLC; and DOES 1 to 10. | Party |

June 04, 2014                                  _[signature]_
Date                                           Sign

Patrick Halpin
Attorney of record for or party appearing in pro per

---

CV-30 (04/10)                    NOTICE OF INTERESTED PARTIES