Patrick Halpin
2030 Arriba Way
Santa Maria, CA 93458
805-310-4161
phalpin@outlook.com

Patrick Halpin, IN PRO PER

FILED
CLERK, U.S. DISTRICT COURT
JUL - 7 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| NAME OF PLAINTIFF,<br><br>    Patrick Halpin<br><br>VS.<br><br>NAME OF DEFENDANTS,<br><br>    The Schreiber Law Firm, PLLC;<br>and DOES 1 to 10 | Case No: 2:14-cv-04357-VBK<br><br>**NOTICE OF SETTLEMENT**<br><br>By Fax |

Please take notice that case 2:14-cv-04357-VBK has been resolved as both parties have agreed to a settlement that will extend a payment schedule out until September, 2014.

The Plaintiff, Patrick Halpin, respectfully asks this Honorable Court to retain jurisdiction over this matter pending the filing of a stipulation of dismissal on or before September 19, 2014.

DATED: July 07, 2014        BY: _____
                                Patrick Halpin

NOTICE OF SETTLEMENT - 1