# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 14-04357-VBK | Date | July 15, 2014 |
|---|---|---|---|
| Title | Patrick Halpin v. The Schreiber Law Firm, PLLC, et al. | | |

| Present: The Honorable | Victor B. Kenton, United States Magistrate Judge | |
|---|---|---|
| Roxanne Horan | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS)**

On July 7, 2014, Plaintiff filed a "Notice of Settlement."

The Court **HEREBY ORDERS** Plaintiff to file a Notice of Voluntary Dismissal by September 19, 2014.

                                                                    :

                                                    Initials of Preparer       RH