1  Patrick Halpin
   2030 Arriba Way
2  Santa Maria, CA 93458
   805-310-4161
3  phalpin@outlook.com
4
5  Patrick Halpin, IN PRO PER
6
7              UNITED STATES DISTRICT COURT
8        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
9
10 NAME OF PLAINTIFF,            ) Case No: 2:14-cv-04357-VBK
                                 )
11     Patrick Halpin            ) **DISMISSAL WITH PREJUDICE**
                                 )
12     VS.                       )
                                 )
13 NAME OF DEFENDANTS,           )
                                 )
14     The Schreiber Law Firm, PLLC; )
                                 )
15 and DOES 1 to 10              )
                                 )
16 ─────────────────────────────)
17
        Please take notice that the above-entitled action by Plaintiff
18
   Patrick Halpin may be and herby is dismissed on its merits with
19
   prejudice and without costs, disbursements or attorney's fees to any
20
   party.
21
22
23
24
25 DATED: September 01, 2014        BY: _____
                                         Patrick Halpin
26
27
28

DISMISSAL WITH PREJUDICE - 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DATE: 9/02/2014

TO:

☐ SCANNING DEPARTMENT

☐ DISTRICT JUDGE'S CRD

☒ MAGISTRATE JUDGE'S CRD

☐ DQA

(VBK)

FROM: CIVIL INTAKE

☐ THESE DOCUMENTS HAVE ALREADY BEEN SCANNED TO:

☐ THESE DOCUMENTS MUST BE SCANNED TO:

| | | | |
|---|---|---|---|
| ☐ | Group 1: WDK, JSL, R, RT SVW, GW | ☐ | Group 11: JEM, AGR, JPR |
| ☐ | Group 2: VBF, BRO, FMO, JFW, MWF | ☐ | Group 12: MRW, SS, PJW |
| ☐ | Group 3: DDP, SJO, ODW, RSWL, Inactive/Visiting | ☒ | Group 13: SH, VBK, CW |
| ☐ | Group 4: PA, TJH, DMG, CBM, MRP, CAS | ☐ | Group 14: MAN, AJW, RZ |
| ☐ | Group 6: DSF, GHK, JAK, RGK, Chief Judge Matter/Unassigned | ☐ | Case Opening |
| ☐ | Group 7: AB, GAF, PSG, MMM | ☐ | Appeals |
| ☐ | Group 9: JC, E | ☐ | Riverside |
| ☐ | Group 10: PLA, FFM, AS | ☐ | Santa Ana |
| | | ☐ | Sealed Folder |

☐ AFTER SCANNING, please return documents to Civil Intake.

**Attention:** _____

G-118 (8/14)                    SCANNING COVER SHEET